**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** October 13, 2016
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** RALPH FLORIO

**TITLE OF CASE:**  **DOCKET # 14-cr-186**
UNITED STATES OF AMERICA

      vs.

PEDRO ARROYO

**APPEARANCES:**
BRIAN URBANO, AUSA for Government
KEVIN CARLUCCI & PATRICK MCMAHON, Public Defender for Defendant

**Nature of Proceedings**: Evidentiary Hearing

Defendant present.
Gregory Dudley - sworn for the defendant
Court Recess from 12:30 pm to 1:30 pm.
Gregory Dudley - resumed for the defendant
Daniel Willenbring- sworn for the government
Li Faug – sworn for the
government.
Opinion RESERVED.

Sentencing scheduled on 12/20/16 at 10:00 am.

**Time Commenced: 9:00 am**
**Time Adjourned: 4:30 pm**

                                    Maria F. Garcia, Deputy Clerk
                         to the Honorable Katharine S. Hayden, U.S.D.J.